COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


## ORDER CLARIFYING STAY

Cause number:      01-13-00221-CV

Style:      In re The Cadle Company

Date motion filed:      March 21, 2013

Type of motion:      Real Party In Interest's Emergency Motion to Modify Stay

Party filing motion:      Real Party In Interest Andrea Coursey as next friend of Mary Lucinda Coursey, a Minor

The real party in interest's motion to modify the stay is **granted**. Case No. 406, 816-401, in Probate Court No. 2 of Harris County, Texas remains **stayed.** The stay in the main probate proceeding, Case No. 406,816, is **lifted** in part to allow the trial court to make all orders necessary to the interim administration of the estate prior to a final adjudication of the rights of the estate beneficiaries and creditors. The stay, as modified, is effective until this mandamus proceeding is finally decided.

Judge's signature: /s/ Jane Bland
         Jane Bland
         Acting individually

Date: March 21, 2013